In the Matter of the Application of EVA G. JEFFRIES, Appellant, for an Order Requiring ENOS S. BOOTH, an Attorney at Law, Respondent, to Deliver to Her Certain Property and Moneys.

*Matter of Jeffries*, 172 App. Div. 951, affirmed.
(Submitted October 6, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1916, which affirmed an order of Special Term denying a petition for a summary order requiring the attorney to deliver to the petitioner certain promissory notes and interest collected thereon. The attorney claimed that the notes were indorsed to him and delivered in payment for legal services rendered. In denying the motion the court stated in the order: "This is not a case in which a peremptory order may be made. The rights of the parties should be litigated in the ordinary way."

*Mervyn Mackenzie* for appellant.

*Vance Hewitt* and *Enos S. Booth* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.